IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

|  |  |  |
|---|---|---|
| Fernando Contreras Alcalá, | ) | Civil Action No. 4:14-cv-04176-RBH |
| Petitioner, | ) |  |
|  | ) | **ORDER GRANTING PETITIONER'S** |
| vs. | ) | **CONSENT MOTION TO SEAL AND** |
|  | ) | **REDACT TESTIMONY** |
| Claudia García Hernández, | ) |  |
|  | ) |  |
| Respondent. | ) |  |
|  | ) |  |

For good cause shown, and pursuant to Local Civ. R. 5.03 (D.S.C.), the Court hereby GRANTS Petitioner's Consent Motion to Seal and/or Redact Testimony in the above-captioned matter.

The Court Reporter, Daniel Mayo, is hereby **ORDERED** to redact lines 9-15 on page 98 of the transcript from proceedings dated May 11, 2015. This redaction shall begin with "Because" on line 9 and end with "anymore" on line 15.

The Clerk is hereby **ORDERED** to file an un-redacted version of page 98 of the trial transcript under seal.

Petitioner's counsel is hereby **ORDERED** to deliver a copy of this Order to the Court Reporter.

IT IS SO ORDERED.

December 29, 2015                                       s/ R. Bryan Harwell
Florence, South Carolina                                R. Bryan Harwell
                                                        United States District Judge